IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:11CV172-RLV-DSC

| | |
|---|---|
| WINTHROP RESOURCES CORPORATION, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| COMMSCOPE, INC. OF NORTH CAROLINA, | ) ) |
| Defendant. | ) ) ) |

## ORDER

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Jeffrey J. Mayer, John T. Shapiro and Megan M. Kokontis]" (documents ## 10-12) filed December 28, 2011. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: December 29, 2011

David S. Cayer
United States Magistrate Judge