# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:11-CV-00172-RLV-DSC

| | |
|---|---|
| **WINTHROP RESOURCES CORPORATION,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** |
| **COMMSCOPE, INC. OF NORTH CAROLINA,** | ) ) ) ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Jennifer M. Huelskamp]" (document #37) filed June 16, 2014. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: June 17, 2014

David S. Cayer
United States Magistrate Judge